IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAR 08 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| KATHY WERNER-REDDY,<br><br>Plaintiff,<br><br>vs.<br><br>TELETECH SERVICE CORPORATION,<br><br>Defendant. | CV 18–01–M–DWM<br><br><br>ORDER |

Plaintiff Kathy Werner-Reddy having moved unopposed to remand this matter back to the Montana Eleventh Judicial Court,

IT IS ORDERED that Plaintiff's motion (Doc. 9) is GRANTED. The preliminary pretrial conference set for April 5, 2018, is VACATED. This matter is REMANDED to the Montana Eleventh Judicial Court, Flathead County. The Clerk of Court is directed to transfer the case file and close the case.

DATED this 8th day of March, 2018.

Donald W. Molloy, District Judge
United States District Court